HORAN,JURY,M/IFP,SCREEN,STKMF

# U.S. District Court
# Northern District of Texas (Dallas)
# CIVIL DOCKET FOR CASE #: 3:25−cv−02436−B−BN

Lewis v. Charles Schwab & Co Inc et al
Assigned to: Senior Judge Jane J Boyle
Referred to: Magistrate Judge David L. Horan
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 09/09/2025
Jury Demand: Plaintiff
Nature of Suit: 850 Other Statutes: Securities/Commodities/Exchange
Jurisdiction: Federal Question

**Plaintiff**

**Scott Phillip Lewis**

represented by **Scott Phillip Lewis**
1936 Saranac Ave
#3 PMB 411
Lake Placid, NY 12946
518−551−3061
PRO SE

V.

**Defendant**

**Charles Schwab & Co Inc**

**Defendant**

**Betsy Barber**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/09/2025 | Ï 1 | New Case Notes: A filing fee has not been paid. SCREEN case referral set and case referred to Magistrate Judge Horan (see Special Order 3). Initiating documents received by mail. No prior sanctions found. (For court use only − links to the national and circuit indexes.) Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Horan). Clerk to provide copy to plaintiff if not received electronically. (kcr) (Entered: 09/09/2025) |
| 09/09/2025 | Ï 2 | Notice and Instruction to Pro Se Party. (kcr) (Entered: 09/09/2025) |
| 09/09/2025 | Ï 3 | COMPLAINT WITH JURY DEMAND against Betsy Barber, Charles Schwab & Co Inc filed by Scott Phillip Lewis. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information − Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (kcr) (Entered: 09/09/2025) |
| 09/09/2025 | Ï 4 | MOTION for Leave to Proceed in forma pauperis filed by Scott Phillip Lewis. (kcr) (Entered: 09/09/2025) |
| 09/09/2025 | Ï | ***Clerk's Notice of delivery: (see NEF for details) Docket No:1, 2. Tue Sep 9 15:25:49 CDT 2025 (crt) (Entered: 09/09/2025) |

| | | |
|---|---|---|
| 09/12/2025 | Ï 5 | Order Transferring to Another District: Case transferred to Sherman Division of Eastern District of Texas. So this action will be transferred on 10/3/2025, to allow any party to file an objection to Judge Boyle within 14 days after being served with a copy of this order, see FED. R. CIV. P. 72(a). (Ordered by Magistrate Judge David L. Horan on 9/12/2025) (axm) (Entered: 09/12/2025) |
| 09/12/2025 | Ï | ***Clerk's Notice of delivery: (see NEF for details) Docket No:5. Fri Sep 12 12:09:19 CDT 2025 (crt) (Entered: 09/12/2025) |